UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-20579 |
| Plaintiff, | Matthew F. Leitman<br>United States District Judge |
| v. | |
| ROSHAWN A. TERRELL, | |
| Defendant. | |

## ORDER OF DISMISSAL

Based on the government's motion and brief, the Court grants leave to dismiss the Indictment against Roshawn A. Terrell in the above-captioned case.

Accordingly, **IT IS HEREBY ORDERED** that the Indictment in this case against Roshawn A. Terrell be dismissed, and that his bond and conditions of supervised release be canceled.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 13, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764